peal, Fourth Circuit, Parish of Orleans. 207 So.2d 160.

Writ refused. On the facts found by the Court of Appeal, we find no error of law.

209 So.2d 41

**Edith J. GIFFORD and Robert L. Gifford, Jr.**

**v.**

**AURAND MANUFACTURING COMPANY et al.**

**No. 49193.**

**April 19, 1968.**

In re: Aurand Manufacturing Company and General Accident Fire & Life Assurance Corporation, Ltd., applying for certiorari, or writ of review, to the Court of Ap-

209 So.2d 42

**Frank PALMISANO**

**v.**

**Romalic H. SLUCH et al.**

**No. 49199.**

**April 19, 1968.**

In re: Frank Palmisano applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 203.

Writ refused. The judgment is correct.